GEORGE C. WARD, appellant,

*v.*

S. THOMAS WILCOX and LIZZIE DOW, respondents.

[Filed March 4th, 1903.]

On appeal from a decree of the ordinary, whose opinion is reported in *19 Dick. Ch. Rep. 303.*

Weigel *v.* Weigel.

PER CURIAM.

The decree appealed. from is affirmed, for the reasons stated in the opinion of the ordinary in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, GARRETSON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES—10.

*For reversal*—FORT, VROOM.—2.